UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SCOTT D., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 2:18-CV-00391-LEW |
| | ) | |
| ANDREW M. SAUL, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant | ) | |

## AMENDED ORDER ACCEPTING RECOMMENDED DECISION

On July 24, 2019, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on August 7, 2019, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore ORDERED that the Recommended Decision (ECF No. 15) of the Magistrate Judge is hereby AFFIRMED and ADOPTED. The Commissioner's final administrative decision is VACATED and the matter is remanded for further proceedings.

**SO ORDERED.**

Dated this 16th day of August, 2019.

/s/ Lance E. Walker
U.S. DISTRICT JUDGE