UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| SCOTT D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:18-CV-00391-LEW |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM OF DECISION**

On September 16, 2019, the Court sustained Plaintiff's Statement of Errors, vacated Defendant's final administrative decision, and remanded the matter for further proceedings.

The matter is before the Court on Plaintiff's Application for Fees and Expenses pursuant the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 21), and Plaintiff's Bill of Costs (ECF No. 22).

Defendant offers no objection to Plaintiff's requests, except to oppose Plaintiff's request that the Court order that payment of attorney fees be directed to counsel rather than Plaintiff. Defendant's Response (ECF No. 23). Defendant's limited exception is well taken. [1]

---

[1] Counsel's request that I specify who payment will be made to is not an appropriate request in the context of this motion.

Plaintiff's Application for Fees and Expenses is GRANTED in the amount of $3,543.09.  The Clerk will tax Defendant with costs in the amount of $400.00.

**SO ORDERED.**

**Dated this 20th day of December, 2019.**

/S/ LANCE E. WALKER
UNITED STATES DISTRICT JUDGE
